| | |
|---|---|
| Sebastian L. Miller (SBN 265793)<br>sebastian@sebastianmillerlaw.com<br>SEBASTIAN MILLER LAW, P.C.<br>900 Lafayette Street, Suite 201<br>Santa Clara, CA  95050<br>Telephone:  (408) 348-1728<br>Facsimile: (408) 716-3149<br><br>Attorneys for Plaintiff<br>TED PERRY | MICHAEL N. WESTHEIMER (SBN 178938)<br>Michael.westheimer@ogletreedeakins.com<br>BROOKE S. PURCELL (SBN 260058)<br>brooke.purcell@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C.<br>Steuart Tower, Suite 1300<br>One Market Plaza<br>San Francisco, CA 94105<br>Telephone: 415.442.4810<br>Facsimile: 415.442.4870<br><br>Attorneys for Defendant<br>WALGREEN CO. |

**IT IS SO ORDERED**
*Judge Edward J. Davila*

4/13/2016
The Clerk shall close this file.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TED PERRY,<br><br>              Plaintiff,<br><br>    v.<br><br>WALGREEN CO.,<br><br>              Defendant. | Case No. 15-cv-04144-EJD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. OF CIV. P. 41(A)(1)(A)(II)** |

STIPULATED DISMISSAL WITH
PREJUDICE PURSUANT TO FED. R. CIV.
P. 41(A)(1)(A)(II)

Case No. 15-cv-04144-EJD

**TO THE CLERK OF THE COURT AND HONORABLE JUDGE EDWARD J. DAVILA:**

Plaintiff Ted Perry and Defendant Walgreen Co. (referred to collectively as the "Parties"), by and through their respective attorneys of record, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), which states that a "plaintiff may dismiss an action without court order by filing . . . a stipulation signed by all parties who have appeared." Thus, a properly filed stipulated dismissal made pursuant to Rule 41(a)(1)(ii) is effective automatically and does not require judicial approval. *Hester Indus., Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2d Cir. 1998).

**RECITALS**

1. On or about August 11, 2015, Plaintiff filed this case in the Superior Court, County of Santa Clara, with case number 115CV284181 assigned (the "Action").

2. On September 11, 2015, Defendant filed a Notice of Removal and removed the Action to the instant court.

3. On or about March 29, 2016, the Parties participated in court-ordered mediation and thereafter agreed to resolve all controversies to their mutual satisfaction.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREFORE, the Parties, through their undersigned attorneys of record, hereby stipulate to dismiss the instant case, with prejudice, pursuant to Rule 41(a)(1)(A)(ii). Each Party shall bear all of his or its own attorneys' fees and costs in accordance with the terms of the agreement between the Parties. The Clerk of this Court shall close the case file.

**IT IS SO STIPULATED.**

Dated: April 8, 2016                                    SEBASTIAN MILLER LAW, P.C.

                                                By:   */s/ Sebastian L. Miller*
                                                      Sebastian L. Miller

                                                      Attorneys for Plaintiff
                                                      TED PERRY


Dated: April 8, 2016                                    OGLETREE, DEAKINS, NASH, SMOAK
                                                        & STEWART, P.C.

                                                By:   */s/ Michael N. Westheimer*
                                                      Michael N. Westheimer

                                                      Attorneys for Defendant
                                                      WALGREEN CO.

## ATTORNEY ATTESTATION

I, Sebastian L. Miller, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Dated: April 11, 2016                                   SEBASTIAN MILLER LAW, P.C.


                                                By:   */s/ Sebastian L. Miller*
                                                      Sebastian L. Miller
                                                      Attorneys for Plaintiff
                                                      TED PERRY